UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** April 28, 2020        **Time:** 25 minutes        **Judge:** RICHARD SEEBORG

**Case No.:** 19-cr-00305-RS-2    **Case Name:** USA v. Seth Carus

**Attorney for Government:** Ryan Rezaei
**Attorney for Defendant:** Sophia Whiting
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Corinne Lew              **Court Reporter:** Ana Dub
**Interpreter:** n/a                       **Probation Officer:** n/a

### PROCEEDINGS

Change of Plea hearing held - via Zoom Webinar/video conference.

### SUMMARY

Parties stipulated to proceed with Change of Plea by way of video conference. Shelter in place not possible to conduct an in person hearing. The Court found good cause to proceed by way of video conference, as well. Defendant waives his physical appearance. Defendant is sworn and examined by the Court. Defendant plead guilty to Counts One and Two of the Indictment. The Plea Agreement is filed. Defendant shall participate in the Pretrial Diversion Program and the matter is continued for 12 months. **CASE CONTINUED TO: 4/27/2021 at 2:30 p.m.** for Status Hearing.