1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  RYAN REZAEI (CABN 285133)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      FAX: (415) 436-7234
       ryan.rezaei@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,           )  NO. 19-CR-00305-RS-2
                                       )
14      Plaintiff,                     )  NOTICE OF DISMISSAL
                                       )
15   v.                                )
                                       )
16 SETH CARUS,                         )
                                       )
17      Defendant.                     )
                                       )
18

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20 States Attorney for the Northern District of California dismisses Counts 1 and 2 of the above indictment

21 as to Seth Carus only without prejudice.

22

23 DATED: July 5, 2021                              Respectfully submitted,

24                                                  STEPHANIE M. HINDS
                                                    Acting United States Attorney
25

26                                                  *Thomas A. Colthurst*
                                                    _____
27                                                  THOMAS A. COLTHURST
                                                    Deputy Chief, Criminal Division
28

NOTICE OF DISMISSAL
No. 19-CR-00305-RS-2                                                                    v. 7/10/2018

1  Leave is granted to the government to dismiss Counts 1 and 2 of the above indictment as to
2  Seth Carus only.

5  Date: _____

HON. RICHARD SEEBORG
United States District Judge