STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

RYAN REZAEI (CABN 285133)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    ryan.rezaei@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SETH CARUS,<br><br>    Defendant. | NO. 19-CR-00305-RS-2<br>ORDER<br>NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses Counts 1 and 2 of the above indictment as to Seth Carus only without prejudice.

DATED: July 5, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

*Thomas A. Colthurst*

THOMAS A. COLTHURST
Deputy Chief, Criminal Division

NOTICE OF DISMISSAL
No. 19-CR-00305-RS-2

v. 7/10/2018

Leave is granted to the government to dismiss Counts 1 and 2 of the above indictment as to Seth Carus only.

Date: July 6, 2021

*[signature]*
HON. RICHARD SEEBORG
United States District Judge